**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-03060-CNS-KLM

GRANT MITCHELL SAXENA,

     Plaintiff,

v.

MARY LOUISE HALL,

     Defendant.

---

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR
OTHER RESPONSIVE PLEADING OR MOTION**

---

     Defendant, Mary Louise Hall, through her undersigned counsel, respectfully moves this Court for an enlargement of time to file an Answer herein, and in support thereof, states the following:

**<u>CERTIFICATE OF CONFERRAL</u>**

     Undersigned counsel has attempted to confer with Plaintiff regarding the relief requested herein via electronic mail on December 21, 2022. As of the filing of this motion, no response has been received.

**<u>BACKGROUND</u>**

1. Defendant was personally served with the Summons and Complaint dated November 28, 2022, on December 3, 2022.

2. Defendant's Answer is due on December 27, 2022, due to the holiday weekend.

3. Defendant's counsel is filing an Entry of Appearance contemporaneously herewith.

## ARGUMENT

4. Undersigned counsel has just entered his appearance in this matter.

5. Upon initial review of the Complaint, undersigned counsel has determined that he requires additional time to adequately investigate underlying factual averments and defenses; as well as review and consider records in additional court matters to fully determine the allegations alleged within the Complaint.

6. Further, an initial review of the Plaintiff has revealed that Plaintiff has initiated *numerous* lawsuits against individuals, and governmental entities and agents, involved in the criminal proceedings wherein he was convicted (Denver County Court, State of Colorado, Case No. 18M4752) within both the State and Federal court systems, and which factual allegations underly his allegations within the instant complaint.

7. Due to undersigned counsel's existing court docket and calendar, and the upcoming holiday weekend, he is unable to do so prior to the December 27, 2022, deadline.

8. Defendant request an additional 28 days to file her Answer in this matter, or through, and including, January 24, 2023.[1]

9. Neither party will be prejudiced by the enlargement of time requested herein. However, failure to permit Defendant and her counsel ample time to review all litigation associated with Plaintiff will prejudice Defendant.

---

[1] Ordinarily, counsel would request 21 days. However, on December 21, 2022; undersigned was served an Order issued by the Supreme Court of the State of Colorado in action No. 2022SC824, scheduling an opening brief due on January 17, 2023 (28 days). While undersigned has sought no extensions in that matter, that Court issued such order subject to "no further extensions." While undersigned acknowledges the priority of matters before this court, such additional extension is reasonable given the posture of that action.

10. Pursuant to D.C.Colo.L.Civ.R. 6.1(b), no other extensions have been requested in this matter.

11. Pursuant to D.C.Colo.L.Civ.R. 6.1(c), undersigned counsel will contemporaneously serve the motion on his client.

WHEREFORE, for the foregoing reasons, the Defendant requests that this Honorable Court enlarge the deadline for the Answer in this matter through, and including, January 24, 2023, or for whatever relief the Court deems just and reasonable.

DATED at Greenwood Village, Colorado this 22nd day of December, 2022.

/s/ Leonard R. Higdon

Leonard R. Higdon, Colo. Bar #29078
Law Office of Leonard R. Higdon
6565 S. Dayton St., Ste. 3650
Greenwood Village, CO  80111
Phone: (303) 740-1966
Email:  lhigdon@lrhlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of December, 2022, I electronically filed the foregoing **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

> Captain Grant Mitchell Saxena, U.S. Army Retired
> Post Graduate Diploma in Law
> Unit #2051
> 275 New North Road
> London, N1 7 AA
> Email:  grant.saxena25@law.ac.uk

*s/ Leonard R. Higdon*